**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ARMANDO PATRICIO PALACIOS DELGADO,**<br>**Petitioner,**<br><br>**v.**<br><br>**PAM BONDI**, *United States Attorney General, et al.,*<br>**Respondents.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **EP-26-CV-00201-DB** |

**ORDER ON MOTION FOR ADMISSION PRO HAC VICE**

On this day, the Court considered Attorney Danielle Oxendine Molliver ("Attorney Molliver") "Motion for Admission Pro Hac Vice," filed in Petitioner Armando Patricio Palacios Delgado's above-captioned case on January 29, 2026. ECF No. 4. Therein, Attorney Molliver "moves this Court to grant admission to the. . . Western District of Texas pro hac vice to represent [Petitioner] Armando Patricio Palacios Delgado in this case." *Id.* After due consideration, this Motion is granted.

Accordingly, **IT IS HEREBY ORDERED** Attorney Molliver's "Motion for Admission Pro Hac Vice," ECF No. 4, is **GRANTED**.

**IT IS FURTHER ORDERED** Attorney Molliver is **GRANTED LEAVE** to appear pro hac vice on behalf of the Petitioner in this case.

**IT IS FURTHER ORDERED** Attorney Molliver apply for admission to practice in the Western District of Texas in compliance with Local Rule for the Western District of Texas AT-1 **WITHIN SIXTY DAYS** of the entry of this Order and diligently pursue that application until admitted to practice before this Court. Should they choose not to pursue admission, they will not

be allowed to appear in any other action in the Western District of Texas until they have been formally admitted to practice.

**IT IS FINALLY ORDERED** Attorney Molliver **REGISTER** as a filing user with the Court's Case Management/Electronic Case Files (CM/ECF) program within **TEN DAYS** of the entry of this Order in compliance with the administrative policies and procedures for electronic filing in the Western District of Texas.

**SIGNED** this **30th** day of **January 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**