**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ARMANDO PATRICIO PALACIOS DELGADO,** | § § § | |
| Petitioner, | § § | EP-26-CV-00201-DB |
| v. | § § § | |
| **KRISTI NOEM,** *et al.,* | § | |
| Respondents. | § | |

## ORDER

On this day, the Court considered the above-captioned case. On Feburary 13, 2026, Respondents filed an untimely "Advisory to the Court," ECF No. 9, advising Petitioner was granted bond for $3,500 and his release should be effectuated upon a posted bond.

Accordingly, **IT IS HEREBY ORDERED** the parties **SHALL CONFER AND FILE** a notice informing the Court whether any matters remain to be resolved in this case by **no later than Feburary 20, 2026.**

**SIGNED** this **17th** day of **Feburary 2026**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**