**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ARMANDO PATRICIO PALACIOS DELGADO,** | § | |
| **Petitioner,** | § | |
| | § | **EP-26-CV-00201-DB** |
| **v.** | § | |
| | § | |
| **PAMELA BONDI**, *United States Attorney General, et al.*, | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered the above-captioned case. On February 21, 2026, Respondents filed a "Supplemental Advisory to the Court," ECF No. 13, advising Petitioner had been released from custody. The Court conferred with petitioner's Counsel, Danielle Oxendine Molliver, via phone on February 23, 2026, who advised no issues remain to be resolved. Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS FURTHER ORDERED** the District Clerk **SHALL CLOSE** this case.

**SIGNED** this **23rd** day of **February 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**